# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

TERESA MURRAY,                        **Civil File No. 09-CV-02621-JAR-GLR**

       Plaintiff,

vs.                                              **NOTICE OF DISMISSAL**
                                                       **WITH PREJUDICE**

NELSON WATSON & ASSOCIATES LLC,

       Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                           Respectfully submitted,

Dated:      02/11/2010               By   /s/J. Mark Meinhardt
                                                        J. Mark Meinhardt
                                                        4707 College Boulevard, Suite 100
                                                        Leawood, KS  66211
                                                        (913) 451-9797
                                                        (913) 451-6163 (fax)
                                                        ATTORNEY FOR PLAINTIFF